UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JAMIE DEAN SMITH                                                                                              PLAINTIFF

v.                                                                     CIVIL ACTION NO. 1:25-CV-270-LG-BWR

HUNTINGTON INGALLS INCORPORATED                                            DEFENDANT

**NOTICE OF INTENT TO SERVE SUBPOENA**

TO:    Counsel of Record

Pursuant to Federal Rule of Civil Procedure 45, Huntington Ingalls Incorporated gives notice of its intent to serve the attached subpoena identified as Exhibit 1.

Dated:  January 14, 2026.

                                        Respectfully submitted,

                                        HUNTINGTON INGALLS INCORPORATED

                                        By Its Attorneys,

                                        WATKINS & EAGER, PLLC

                                        By:  s/Adam H. Gates
                                              Adam H. Gates

Adam H. Gates, MSB No. 102305
Gabrielle Wells, MSB No. 106535
WATKINS & EAGER PLLC
Mailing:  Post Office Box 650
Jackson, Mississippi  39205-0650
Physical:  The Emporium Building
400 East Capitol Street
Jackson, Mississippi  39201
*Telephone:*  (601) 965-1900
agates@watkinseager.com
gwells@watkinseager.com

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notice to all counsel of record.

Dated:  January 14, 2026.

                                       _s/Adam H. Gates_
                                       Adam H. Gates